**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

BETTY FLEMING                                                                                                              PLAINTIFF

v.                                        No. 4:13CV00148 JLH

CITY OF LITTLE ROCK, ARKANSAS;
COREY HALL, individually and in his official
capacity as a Little Rock Police Sergeant; and
JASON GILBERT, individually and in his
official capacity as a Little Rock Police Officer                                                  DEFENDANTS

### ORDER

Plaintiff's motion to dismiss is GRANTED. Document #12. This action is hereby dismissed with prejudice in its entirety.

IT IS SO ORDERED this 19th day of September, 2014.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE